# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 17, 2021

### NO. 03-21-00025-CV

**Seth Elred Perricone, Appellant**

**v.**

**Heather Lynn Demian, Appellee**

---

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
DISMISSED FOR WANT OF PROSECUTION –
OPINION BY CHIEF JUSTICE BYRNE**

---

This is an appeal from the order signed by the trial court on December 22, 2020. Having reviewed the record, the Court holds that Seth Elred Perricone has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.